THE STATE EX REL. HEINBAUGH, APPELLEE, *v.* CONRAD, ADMR., ET AL.; RMI TITANIUM COMPANY, APPELLANT.

[Cite as *State ex rel. Heinbaugh v. Conrad*
(1999), 84 Ohio St.3d 360.]

(No. 98–1067—Submitted November 10, 1998—Decided January 20, 1999.)

*Urban Co., L.P.A.,* and *Anthony P. Christine,* for appellee.

*Jane P. Wilson & Associates Co., L.P.A., Jane P. Wilson* and *Graig E. Kluge,* for appellant.

---

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, COOK and LUNDBERG STRATTON, JJ., concur.

PFEIFER, J., dissents and would reverse the judgment of the court of appeals.